## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA,                                    Faiza Alhambra, AUSA
                                                             Jabari Wamble, AUSA

             Plaintiff,

v.                                    Case No:   24-cr-20070-DDC-TJJ-2

WILLIAM CREEDEN,                                             Robin Fowler, Retained
                                                             Thomas J. Bath, Jr., Retained

             Defendant.

| JUDGE: | Judge James | DATE: | 8/30/2024 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | FTR @ 1:09 PM |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

## PROCEEDINGS

☒**Initial Rule 5/Rule 5(c)(3)  -  12 minutes**          ☐Initial Revocation Hearing          ☐Bond Hearing
☐Detention Hearing                    ☐Preliminary Hearing          ☐Bond Revocation Hearing
☒**Arraignment  -  1 minute**
☐Discovery Conference
☒**Violations explained to defendant**                    ☐Defendant sworn/examined re: financial status (voucher)
                                                          ☐Counsel appointed

☒**Constitutional Rights Explained**
☒**Felony**          ☐Misdemeanor
☐Declines to Waive Indictment                    ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment                    ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____
☒ **Waived Reading of:**          ☐ **Read to Defendant:**
        ☒ **Indictment**
        ☐ **Information**
        ☒ **Counts: 1-53, 55, 57 and Forfeiture Notice**
☐**Guilty**  ☒**Not Guilty**
☐Bail Revoked
☐Bail Fixed at:  $_____
☒**Release Order executed**
☐Continued on present bond
☒**Due Process Protections Act (Brady v. Maryland)**
☐Oral Motion by Government for detention of defendant
☐Remanded to Custody pending detention hearing.
☒**Case Management Order will be issued by Magistrate Judge James.**
☒ **Status Hearing set for October 10, 2024 at 9:00 a.m. in courtroom 476 before Judge Crabtree.**

OTHER:   Government does not seek detention. Order Setting Conditions of Release executed in open court.