IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff*,<br><br>v.<br><br>NEWTON JONES,<br>WILLIAM CREEDEN,<br>KATERYNA (KATE) JONES,<br>WARREN FAIRLEY,<br>LAWRENCE McMANAMON, and<br>CULLEN JONES.<br>    *Defendants*. | Case No. 2:24-CR-20070-DDC-2 |

## **DEFENDANT WILLIAM CREEDEN'S REQUEST TO WAIVE APPEARANCE**

COMES NOW Defendant William Creeden and, pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, respectfully requests that this Court allow him to waive his personal appearance at the pre-trial motions hearing to be conducted on February 11, 2026.  In support, Mr. Creeden shows the following:

1.      Mr. Creeden is a resident of Kearney, Missouri;

2.      Mr. Creeden was charged by indictment in this case on August 21, 2024;

3.      Mr. Creeden voluntarily appeared on August 30, 3024 for his initial appearance and arraignment. Magistrate Judge James accepted Mr. Creeden's plea of not guilty and granted him a personal recognizance bond;

4.      The Court has scheduled a pre-trial motions hearing for February 11, 2026; and

5.      Mr. Creeden has conferred with counsel and, with the permission of this Court, wishes to waive his right to appear at the February 11, 2026 pre-trial motions hearing.

1

WHEREFORE, William Creeden respectfully requests that this Court accept his waiver

of appearance for the February 11, 2026 pre-trial motions hearing in the instant case.

Respectfully submitted,

William Creeden

Respectfully submitted,


*/s/ F. Andino Reynal*
F. Andino Reynal, *pro hac vice*
The Reynal Law Firm, PC
Texas State Bar No. 24060482
917 Franklin, 6th Floor
Houston, Texas 77002
(713) 228-5900 – office
areynal@frlaw.us

*/s/ Charles R. Flores*
Charles R. Flores, *pro hac vice*
Flores Law PLLC
917 Franklin Street, 6th Floor
Houston, Texas. 77002
(713) 364-6640 – office
cf@chadflores.law

/s/ Kurt P. Kerns
Kurt P. Kerns, #15208
Kerns Law Group
328 North Main
Wichita, Kansas. 67202
(316) 265-5511 - office
kurtpkerns@aol.com

*Counsel for William Creeden*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument was electronically filed on this 10th  day of February, 2026 with the clerk of the court for delivery to interested parties.

*/s/ F. Andino Reynal*
F. Andino Reynal

*Counsel for William Creeden*