UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cr-20070-DDC-TJJ |
| NEWTON JONES, WILLIAM CREEDEN, KATERYNA (KATE) JONES, and LAWRENCE McMANAMON, | |
| Defendants. | |

## GOVERNMENT'S TRIAL EXHIBIT LIST

The United States of America by and through undersigned counsel, submits the following list of exhibits for the Government's case in chief in the above referenced matter:

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 1 | Boilermakers Union Structure | | | | |
| 2a | International officers of the Boilermakers Union | | | | |
| 2b | Structure of the Headquarters Office of the Boilermakers Union | | | | |
| 2c | Boilermakers Union International Officers and Employees | | | | |
| 3 | 2021 Boilermakers Union Constitution | | | | |
| 4 | Article 9.1 of the Boilermakers Union Constitution | | | | |
| 5 | Article 5.2 of Constitution | | | | |
| 6 | Elevation of Newton Jones to International President of the Boilermakers Union | | | | |
| 7 | Newton Jones Personnel File at Boilermakers Union | | | | |
| 8 | Newton Jones Appoints Bill Creeden as Chief of Staff April 2023 | | | | |
| 9 | Newton Jones Appoints Bill Creeden as Secretary-Treasurer Oct 2005 | | | | |
| 10 | Bill Creeden Personnel File (redacted) at Boilermakers Union | | | | |
| 11a | Minutes of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 WITH ATTACHMENTS | | | | |
| 11b | Minutes of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 WITHOUT ATTACHMENTS | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 11c | Spreadsheet of the Meetings of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 | | | | |
| 12 | Minutes of the International Executive Council (IEC) of the Boilermakers Union June -December 2023 (Fairley Presidency) | | | | |
| 13a | Voting Sheets of the International Executive Council (IEC) | | | | |
| 13b | Voting Tally Sheets of the International Executive Council (IEC) | | | | |
| 14a | Labor Management Report of Boilermakers Union (LM-2) 2023-24 | | | | |
| 14b | Labor Management Report of Boilermakers Union (LM-2) 2022-23 | | | | |
| 14c | Labor Management Report of Boilermakers Union (LM-2) 2021-22 | | | | |
| 14d | Labor Management Report of Boilermakers Union (LM-2) 2020-21 | | | | |
| 14e | Labor Management Report of Boilermakers Union (LM-2) 2019-20 | | | | |
| 14f | Labor Management Report of Boilermakers Union (LM-2) 2018-19 | | | | |
| 14g | Labor Management Report of Boilermakers Union (LM-2) 2017-18 | | | | |
| 14h | Labor Management Report of Boilermakers Union (LM-2) 2016-17 | | | | |
| 14i | Labor Management Report of Boilermakers Union (LM-2) 2015-16 | | | | |
| 14j | Labor Management Report of Boilermakers Union (LM-2) 2014-15 | | | | |
| 14k | Labor Management Report of Boilermakers Union (LM-2) 2013-14 | | | | |
| 14l | Labor Management Report of Boilermakers Union (LM-2) 2012-13 | | | | |
| 14m | Labor Management Report of Boilermakers Union (LM-2)2011-12 | | | | |
| 14n | Labor Management Report of Boilermakers Union (LM-2) 2010-11 | | | | |
| 14o | Labor Management Report of Boilermakers Union (LM-2) 2009-10 | | | | |
| 14p | Labor Management Report of Boilermakers Union (LM-2) 2008-09 | | | | |
| 14q | Labor Management Report of Boilermakers Union (LM-2) 2007-08 | | | | |
| 14r | Labor Management Report of Boilermakers Union (LM-2) 2005-06 | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 14s | Labor Management Report of Boilermakers Union (LM-2) 2004-05 | | | | |
| 14t | Labor Management Report of Boilermakers Union (LM-2) 2003-04 | | | | |
| 14u | Labor Management Report of Boilermakers Union (LM-2) 2002-03 | | | | |
| 14v | Labor Management Report of Boilermakers Union (LM-2) 2001-02 | | | | |
| 14w | Labor Management Report of Boilermakers Union (LM-2) 2000-01 | | | | |
| 14x | Labor Management Report of Boilermakers Union (LM-2) 1999-00 | | | | |
| 15 | Report of Senior Department of Labor Investigator Lauren Stojak | | | | |
| 16 | Bill Creeden Letter on intl expenses 2010 | | | | |
| 17 | Newton Jones Letter on Fiduciary Responsibility (May 2015) | | | | |
| 18 | Newton Jones Letter on Fiscal Responsibility (April 2015) | | | | |
| 19 | International Policy on Local Expenditures (January 2015) | | | | |
| 20 | Boilermakers' Union Expense Report Form | | | | |
| 21 | Bill Creeden on Expense Rules (2016) | | | | |
| 22 | Newton Jones Fiscal Responsibility Circular (July 2017) | | | | |
| 23 | Newton Jones-Bill Creeden Memo Re Expenses (February 2023) | | | | |
| 24 | Warren Fairley Memo Re Expenses (August 2022) | | | | |
| 25 | Bill Creeden--Boilermakers Union Process Likely Violates DOJ Regulations (August 2023) | | | | |
| 26 | Boilermakers Union Policy Handbook for Local Lodges (October 2023) | | | | |
| 27 | AMEX Records--International Vice President John Fultz | | | | |
| 28 | Officers Report Pre-Convention 2006 | | | | |
| 29 | Officers Report Pre-Convention 2016 | | | | |
| 30 | Proposals for 2016 Convention | | | | |
| 31 | Excerpt from Proceedings of 2016 Convention (Resolutions on Article 4.7) | | | | |
| 32 | Excerpts From 2016 Convention Proceedings (Voting on 4.7 Resolutions) | | | | |
| 33 | Officers Report Pre-Convention 2021 | | | | |
| 33a | 2021 Convention Officers Report | | | | |
| 34 | 2021 Convention Proceedings | | | | |
| 35 | Lodging Cost of Maui, Hawaii IEC Meeting | | | | |
| 36 | Lodging Cost of Wailea, Hawaii IEC Meeting | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 37 | Cost of Marco Island, Florida CSO Conference Meeting | | | | |
| 38 | Cost of Naples, Florida CSO Conference Meeting | | | | |
| 39 | United States Grand Jury Subpoena (April 2022) | | | | |
| 40 | Blake and Uhlig Legal Memorandum on Expenditures in Boilermakers Union (April 2022) | | | | |
| 41 | Building Plans for New Boilermakers Union Headquarters (August 2023) | | | | |
| 42 | Whistleblower Letter (March 25, 2023) | | | | |
| 43 | Article 17 Charges Against Newton Jones (April 14, 2023) | | | | |
| 44 | Newton Jones' Appointment of McManamon and Creeden to Alternative Committee (May 3, 2023) | | | | |
| 45 | Temporary Suspension of Newton Jones by IEC (May 12, 2023) | | | | |
| 46 | Bill Creeden and Lawrence McManamon Announcement of Alternative Committee (May 16, 2023) | | | | |
| 47 | John Fultz Letter (May 30, 2023) | | | | |
| 48 | Article 17 Hearing Transcript (May 30, 2023) | | | | |
| 49 | Decision of Executive Council Regarding Article 17 Charges Against Newton (June 1, 2023) | | | | |
| 50 | IEC Letter Complaining About Retaliation by Newton Jones (June 12, 2023) | | | | |
| 51 | Decision of Bill Creeden and Lawrence McManamon (June 14, 2023) | | | | |
| 52 | Tim Simmons Declaration and Exhibits (June 15, 2023) | | | | |
| 53 | Amy Wiser Writing Newton Jones Defense (June 5, 2023) | | | | |
| 54 | Warren Fairley Opinion on Newton Jones' Ukraine Trips (March 2022) | | | | |
| 55 | File of Newton Jones' International Assignments of Boilermaker Union Employees | | | | |
| 55a | Sample of Newton Jones' Assignments of Boilermaker Union Employees to Non-European Foreign Trips | | | | |
| 56 | Mandiant Invoices and Payment for Forensic Surveillance | | | | |
| 57 | Draft Mandiant Report of Search of Boilermakers Union Email System | | | | |
| 58 | Report on Search Terms Used in Mandiant Forensic Surveillance | | | | |
| 59 | Johnny Baca Report on Use of Mandiant | | | | |
| 60 | Emails Re Mandiant Search of Boilermakers Union Email System | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 61 | Warren Fairley Email Re Mandiant (August 8, 2023) | | | | |
| 62 | Wire of Kateryna Jones Backpay July 1, 2014—April 2015 (April 16, 2015) | | | | |
| 63 | Wire of Kateryna Jones Backpay July 1, 2014—April 2015 (April 17, 2015) | | | | |
| 64 | Wire of Backpay to Kateryna Jones July 2013-June 2014 (August 26, 2015) | | | | |
| 65 | Kateryna Jones Personnel File at Boilermakers Union | | | | |
| 65a | Kateryna Jones Personnel File at Boilermakers Union – Pink | | | | |
| 66 | Kateryna Jones Acceptance of Another Title February 2023 | | | | |
| 67a | Sara Baez Processing of Newton and Kateryna Jones Expenses | | | | |
| 67b | Hailey Rose Scheduling for Newton and Kateryna Jones | | | | |
| 68 | Cullen Jones Personnel File at Boilermakers Union | | | | |
| 69 | Our Films _ International Brotherhood of Boilermakers | | | | |
| 70 | Use of Wide Awake After August 2023 | | | | |
| 71 | Wide Awake Films--Video Excerpts | | | | |
| 72 | Wide Awake Film Projects (2017) | | | | |
| 73 | Wide Awake Films --Delivery of FLAEI Films | | | | |
| 74 | Newton Jones to Cullen Jones (Dec 25, 2019) | | | | |
| 75 | Termination of Cullen Jones (August 16, 2023) | | | | |
| 76 | Shae Jones Personnel File at Boilermakers Union | | | | |
| 77 | Derek Zurowski Personnel File at Boilermakers Union | | | | |
| 78 | Newton Jones' Explanation of Kate Jones Job Duties (June 2023) | | | | |
| 79 | Newton Jones Announcement of Reduction in pay (May 2020) | | | | |
| 80 | Newton Jones Letters Raising Shae Jones salary | | | | |
| 81 | Newton Jones Letters Raising Derek Zurowski's Salary | | | | |
| 82 | Email from Tyler Brown re Shae Jones and Derek Zurowski salaries (March 2021) | | | | |
| 83 | Email from Tyler Brown re Derek Zurowski salary increase (September 2021) | | | | |
| 84 | Graphic Designers (BLS) | | | | |
| 85 | Computer User Support Specialists (BLS) | | | | |
| 86 | Boilermakers Union Relocation Policy | | | | |
| 87 | Cullen Jones Relocation Orders | | | | |
| 88 | Shae Jones-Derek Zurowski Relocation Orders | | | | |
| 89 | Boilermakers Union Employees Health Care Plan | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 90 | Cullen Jones reenrollment November 2021 | | | | |
| 91 | Boilermakers Union Health Care Plan Participation summary | | | | |
| 92a | Brian Daly Registration in Boilermakers Union Benefit Programs | | | | |
| 92b | Kathy Stapp email re Daly family coverage (June 4, 2018) | | | | |
| 93 | Letter re Boilermakers Union EHCP (Brian Daly) (July 5, 2024) | | | | |
| 94 | Enrollment Summary for Boilermakers Union Health Care Plan | | | | |
| 95 | Brian Daly-Employment Forms & Insurance Letter O&E Letter (April 20, 2018) | | | | |
| 96 | Email re Brian Daly enrollment from Bill Creeden | | | | |
| 97 | Brian Daly personnel file from Boilermakers Union | | | | |
| 98 | Email re Daly continuation from Bill Creeden | | | | |
| 99 | Sample of Monthly AMEX Bill (March-April 2022) | | | | |
| 100 | Sample Expensify Report Aug-Sept 2019 | | | | |
| 101 | Sample Newton Jones Personal Charges | | | | |
| 102 | Examples of Chapel Hill Restaurant Receipts | | | | |
| 103 | Email from Bathory to Newton Jones Re Receipts for AMEX (Nov 2021) | | | | |
| 104 | Newton Jones Loews International Room Service (June 2023) | | | | |
| 105 | Orders for Alcohol for Newton Jones on Master Accounts | | | | |
| 106 | Newton Jones Charges for Alcohol on Master Account | | | | |
| 107 | Newton Jones Orders for Prosecco and Cabernet | | | | |
| 108 | Minutes of IEC Meeting in Paris, France (June 2009) | | | | |
| 109 | Signed Statement of Work for Mandiant (April 18, 2023) | | | | |
| 110a | Newton Jones-Kateryna Jones Marriage License (August 2011) | | | | |
| 110b | Award of VISA for Kateryna Jones (January 2015) | | | | |
| 111 | Boilermakers Union Policy on Foreign Assignments | | | | |
| 112 | TripIt Records | | | | |
| 113 | Phee Jungsun Expenses as Guest of Boilermakers Union | | | | |
| 114 | Manuel Cortes Expenses as Guest of Boilermakers Union | | | | |
| 115 | James O'Leary $22K Expenses (June 2019) | | | | |
| 116 | Strategic Partnership Agreement with TSSA (Feb 2020) | | | | |
| 117a | Bill Creeden Invitation to Host Italian Visitors | | | | |
| 117b | Gifts of Shinola Watches for Italian Hosts | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 117c | Hosting Italian Visitors (2013) | | | | |
| 118 | Amy Wiser Write Up for Amalfi Trip (April 2022) | | | | |
| 119 | Cash Reimbursement for Tips to Newton Jones (2017-2019) | | | | |
| 120 | TripIt Record for McCall trip (Italy 2014) | | | | |
| 120a | TripIt McCall Trip (Italy 2018) | | | | |
| 121 | Boilermakers Union Conflict of Interest Policy | | | | |
| 122 | Boilermakers Union Premium Travel Policy | | | | |
| 123 | Boilermakers Union Policy on Spouse travel | | | | |
| 124 | Lawrence McManamon $11K airfare to Munich | | | | |
| 125 | Minutes of IEC Meeting in Copenhagen, Denmark (June 2012) | | | | |
| 126 | AMEX Newton and Kateryna Jones International Expenses (without airfare) | | | | |
| 127 | Newton Jones' Explanation Regarding International Travel (June 2023) | | | | |
| 128 | Boilermakers Union Vacation Policy 2012 | | | | |
| 129 | Boilermakers Union Vacation Policy Dec 2012 Max 2 weeks | | | | |
| 130 | Boilermakers Union Vacation Policy extension 2014 | | | | |
| 131 | IEC Meeting Minutes Re Vacation Policy (February 26, 2015) | | | | |
| 132 | Yearly Vacation Accruals 2016 | | | | |
| 133 | Boilermakers Union Vacation Policy 2015 | | | | |
| 134 | Newton Email on Vacation Policy to Tyler Brown (August 2016) | | | | |
| 135 | Cullen Jones Cash Payouts for Vacation | | | | |
| 136 | Newton Jones Cash Payouts for Vacation Requests | | | | |
| 137 | Newton Jones ADP Statements and Vacation Backups | | | | |
| 138 | Kateryna Jones ADP Statements and Vacation Backups | | | | |
| 139 | Kateryna Jones Cash Payouts for Vacation | | | | |
| 140 | Intentionally Left Blank | | | | |
| 141 | August 2023 Cash Payouts for Vacation | | | | |
| 142 | Warren Fairley Requests for Cash Payouts for Vacation | | | | |
| 143 | Kathy Stapp Affidavit in United States District Court Litigation | | | | |
| 144 | Bill Creeden Vacation—Iceland June 2023 | | | | |
| 145 | Bill Creeden Vacation—Bahamas March 2022 | | | | |
| 146 | Bill Creeden Vacation--Boar Hunting in Italy | | | | |
| 146a | Creeden—Alaska | | | | |
| 147 | Bill Creeden Vacation—Argentina | | | | |
| 148 | Bill Creeden Vacation—Rome | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 149 | Bill Creeden--Credit Card Expenses | | | | |
| 150 | Bill Creeden Submitted Expenses and Receipts | | | | |
| 151 | Bill Creeden Vacation Bucket List 2023 | | | | |
| 152 | Bill Creeden--Request for Cash Payout of 74 Weeks of Vacation | | | | |
| 153 | Newton Jones Capping Cash Payouts of Vacation Time 2012 | | | | |
| 154 | Newton Jones Vacation Email Dec 2012 | | | | |
| 155 | Bill Creeden Vacation Freeze Email (2015) | | | | |
| 156 | Bill Creeden Vacation Freeze Email (2020) | | | | |
| 157 | Sample of Newton and Kateryna Jones Vacations | | | | |
| 158 | Fairley and McManamon--Department of Labor Vacation Plan Findings | | | | |
| 159 | Bill Creeden--How we like to Travel | | | | |
| 160 | Kathy Stapp Instructions to Goodwin re August 23 Cash Payouts for Vacations | | | | |
| 161 | Private Jet Proposal (Sept 20, 2022) | | | | |
| 162 | Bill Creeden Approval of Private Jet Package (Sept 21, 2022) | | | | |
| 163 | Magellan Jet, LLC Jet Card Ownership Agreement, (Sept. 22, 2022) | | | | |
| 164 | $6,800 trip for Shae on Private Jet (June 2017) | | | | |
| 165 | Private Jet Travel to Pheasant Hunt (Oct 2018) | | | | |
| 166 | Private Jet Use to Take Officers to Florida Meeting (March 2021) | | | | |
| 167 | Purchase of Lucid Air Luxury Car--Newton Jones | | | | |
| 168 | Boilermakers Union Historic Automobile Policies | | | | |
| 169 | Boilermakers Union Automobile Policies 2017, 2022 | | | | |
| 170 | February 21 2022, Minutes of IEC Meeting and Approval of Minutes | | | | |
| 171 | FDIC Report of Examination of Bank of Labor (2023) | | | | |
| 172a | formaunion.com – Ukrainian | | | | |
| 172b | formaunion.com – Russian | | | | |
| 172c | Form a union website Translation (May 2017) | | | | |
| 173 | Translation of Film Project (January 17, 2018) | | | | |
| 174 | Kate Jones Resignation (January 18, 2018) | | | | |
| 175 | Newton Jones: Kate Jones Works at Her Own Pace (January 18, 2018) | | | | |
| 176 | Kateryna Jones--Lost Computer in Italy (January 22, 2018) | | | | |
| 177 | Translation--The Importance of Unions to Workers | | | | |
| 178 | Bill Creeden combined payroll from Bank of Labor | | | | |
| 179 | Newton Jones combined payroll from Bank of Labor | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 180 | Bank of Labor Board of Directors Minutes 2021-2022 | | | | |
| 181 | Newton Jones--Bank of Labor Change of Control Agreement | | | | |
| 182 | Bill Creeden--Bank of Labor Change of Control Agreement | | | | |
| 183 | Bank of Labor Compensation Committee Agenda December 2022 | | | | |
| 184 | Bank of Labor Board Approval of Change of Control Agreement | | | | |
| 185 | Resolution--CEO Bank of Labor | | | | |
| 186 | 2020 Bank of Labor Vacation Payout to Newton Jones and Bill Creeden | | | | |
| 187 | Denial of Newton Jones' Final Bank of Labor Cash Payout for Vacation | | | | |
| 188 | Newton Jones combined Salary Reduction Agreements from Bank of Labor | | | | |
| 189 | Newton Jones signed distribution form from Bank of Labor | | | | |
| 190 | Bank of Labor email response to Bill Creeden with spreadsheet 2020-21 expenses | | | | |
| 191a | LM 30 Jones 2015 | | | | |
| 191b | LM 30 Jones 2016 | | | | |
| 191c | LM 30 Jones 2017 | | | | |
| 191d | LM 30 Jones 2018 | | | | |
| 191e | LM 30 Jones 2020 | | | | |
| 192a | LM 30 Creeden 2013 | | | | |
| 192b | LM 30 Creeden 2014 | | | | |
| 192c | LM 30 Creeden 2015 | | | | |
| 192d | LM 30 Creeden 2016 | | | | |
| 192e | LM 30 Creeden 2017 | | | | |
| 192f | LM 30 Creeden 2018 | | | | |
| 192g | LM 30 Creeden 2019 | | | | |
| 192h | LM 30 Creeden 2020 | | | | |
| 192i | LM 30 Creeden 2021 | | | | |
| 193 | Newton Jones Bank of Labor Sample Paystub | | | | |
| 193a | Newton Jones Bank of Labor Retirement Plan 2020 | | | | |
| 194a | Bill Creeden email from Bank of Labor re life insurance (July 10, 2020) | | | | |
| 194b | Bank of Labor Supplemental Life Insurance Policies (Sept 2020) | | | | |
| 194c | Executive Life Insurance summary from Bank of Labor | | | | |
| 194d | Bank of Labor Supplement Life Insurance Enrollment | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 194e | Newton Jones email to Bank of Labor re retirement withdrawal (July 22, 2020) | | | | |
| 194f | Newton Jones and Bill Creeden email from Bank of Labor re execution of supplementary life insurance (September 3, 2020) | | | | |
| 194g | Creeden email to Bank of Labor with request for breakdown of salary and benefit information (October 27, 2021) | | | | |
| 194h | Creeden email from Bank of Labor requesting to execute deferral agreement for retirement plan (January 5, 2021) | | | | |
| 195 | Bank of Labor Retirement Plan combined Adoption Agreements | | | | |
| 196 | Bank of Labor Retirement Plan combined Summary Plan Descriptions | | | | |
| 197 | Email confirmation of Bill Creeden distribution (February 7, 2022) | | | | |
| 198 | Newton Jones combined retirement plan account statements from Bank of Labor | | | | |
| 199a | Bill Creeden Bank of Labor Retirement Plan 2020 | | | | |
| 196b | Bill Creeden Bank of Labor Sample Paystub | | | | |
| 199c | Bill Creeden combined retirement plan account statements from Bank of Labor | | | | |
| 200 | Newton Jones signed distribution form from Bank of Labor | | | | |
| 200a | Bill Creeden signed distribution form from Bank of Labor | | | | |
| 201 | Combined Pension Plan Trust Documents from Boilermaker-Blacksmith National Pension Trust | | | | |
| 202 | MORE Proposal March 2018 | | | | |
| 203 | Minutes of the IEC December 2017 | | | | |
| 204 | MORE Fund Brochure | | | | |
| 204a | MORE workflow | | | | |
| 205 | $5M Loan MORE Fund to Bank of Labor (Sept 2021) | | | | |
| 206 | Bank of Labor loan of add. $2M (Nov 2022) | | | | |
| 207 | Example of MORE Application SE | | | | |
| 208 | Bank of Labor Management Conflict of Interest Policy | | | | |
| 209 | Opening MORE Account at Bank of Labor | | | | |
| 210 | Use of MORE Fund as collateral for Local 83 loan | | | | |
| 211 | Intentionally Left Blank | | | | |
| 212 | Bill Creeden Appointment to Boilermakers Union Board of Trustees Jan 2006 | | | | |
| 213 | Newton Jones Application and Correspondence from National Boilermaker-Blacksmith Pension Trust | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 214 | Bill Creeden - Pension Payment Detail from National Boilermaker-Blacksmith Pension Trust | | | | |
| 215 | Bill Creeden - Pension Statements from National Boilermaker-Blacksmith Pension Trust | | | | |
| 216 | Newton Jones Pension Statements from National Boilermaker-Blacksmith Pension Trust | | | | |
| 217 | Jones Lets Cullen Choose Germany Trip | | | | |
| 218 | Newton Jones--Costs of Private Jet | | | | |
| 219 | Warren Fairley-Newton Jones Re Ray Ventrone Verdict | | | | |
| 220 | Brian Opland Article | | | | |
| 221 | Anti-Jones Flyers (2012) | | | | |
| 222 | Emergency Trusteeship on Local 104 | | | | |
| 223 | Producers and Directors _ U.S. Bureau of Labor Statistics | | | | |
| 224 | Tyler Brown Plea Agreement | | | | |
| 225 | Tyler Brown Plea Addendum | | | | |
| 226 | Kathy Stapp Plea Agreement | | | | |
| 227 | Kathy Stapp Plea Addendum | | | | |
| 228 | Warren Fairley--Cash Payout for Vacation (August 2018) | | | | |
| 229 | Relocation to New Chapel Hill Office | | | | |
| 230 | Hailey Rose--Maximum vacation request | | | | |
| 231 | Newton Jones' Explanation of Dual Roles Kate Jones resignation 2018 | | | | |
| 232 | Newton Jones Skipping Meetings on International Trips | | | | |
| 233 | Email from N. Jones re living in Ukraine, July 2017 | | | | |
| 234 | Email from N. Jones re Bruno Magli Shopping | | | | |
| 235 | Email from N. Jones re Grammar book | | | | |
| 236 | Email from N. Jones re 2011 meeting in Paris | | | | |
| 237 | Email from N. Jones re Geneva purchase | | | | |
| 238 | Email from N. Jones re Kateryna personal email address | | | | |
| 239 | Email from N. Jones re Kateryna Boilermaker email address | | | | |
| 240 | Email from Albertson to McManamon re new bulletin (Feb. 2013) | | | | |
| 240a | Email from McManamon to Albertson re new bulletin (Feb. 2013) | | | | |
| 241 | Email from McManamon to Fairley re high rollers (March 2016) | | | | |
| 242 | Email from Creeden bcc McManamon re FLAEI congress itinerary (March 2022) | | | | |
| 243 | Email from Rose to McManamon re FLAEI congress itinerary (March 2022) | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 244 | Email from Legacy re Internation Flights paid for by Union (Aug. 2023) | | | | |
| 245 | Legacy Spreadsheet Summary of International Travel (Aug. 2023) | | | | |
| 246 | Email from McManamon re KC Star (Feb. 2013) | | | | |
| | 247 to 300 Intentionally Left Blank | | | | |
| 300 | Sample International Costs—Airfare | | | | |
| 301 | Sample International Costs-Hotels | | | | |
| 302 | Count Two UAE, Belgium, Netherlands Sept 2019 | | | | |
| 303 | Count Three Stuttgart, Germany Sept 2019 | | | | |
| 304 | Count Four Dusseldorf, Germany Oct 2019 | | | | |
| 305 | Count Five Marseille, Steinbach Nov 2019 | | | | |
| 306 | Count Six Ukraine, Italy Nov 2019 | | | | |
| 307 | Count Seven Geneva Switzerland Nov 2019 | | | | |
| 308 | Count Eight Geneva Switzerland Nov 2019 | | | | |
| 309 | Count Nine Geneva Switzerland Nov 2019 | | | | |
| 310 | Count Ten Madrid, Spain Dec 2019 | | | | |
| 311 | Count Eleven London, England Jan-Feb 2020 | | | | |
| 312 | Count Twelve New Zealand Feb 2020 | | | | |
| 313 | Count Thirteen Italy to Marco Island Feb-Mar 2020 | | | | |
| 314 | Count Fourteen Italy Aug 2021 | | | | |
| 315 | Count Fifteen Bremen, Germany Oct 2021 | | | | |
| 316 | Count Sixteen London, Scotland, Amsterdam Oct-Nov 2021 | | | | |
| 317 | Count Seventeen Bahamas Mar 2022 | | | | |
| 318 | Count Eighteen Geneva Switzerland Mar-Apr 2022 | | | | |
| 319 | Count Nineteen Amalfi Coast Apr 2022 | | | | |
| 320 | Count Twenty Amalfi Coast Apr-May 2022 | | | | |
| 321 | Count Twenty-One York, Sheffield, England May 2022 | | | | |
| 322 | Count Twenty-Two Bilbao Spain June 2022 | | | | |
| 323 | Count Twenty-Three Netherlands Switzerland June 2022 | | | | |
| 324 | Count Twenty-Four London to North Carolina July 2022 | | | | |
| 325 | Count Twenty-Five Italy July 2022 | | | | |
| 326 | Intentionally Left Blank | | | | |
| 327 | Count Twenty-Seven Bremen, Germany Oct 2022 | | | | |
| 328 | Count Twenty-Eight Berlin Germany Jan 2023 | | | | |
| 329 | Intentionally Left Blank | | | | |
| 320 | Count Thirty Norway, Belgium, France June 2023 | | | | |
| 331 | Count Thirty-One Cape Town, South Africa June 2023 | | | | |
| 332 | Count Thirty-Two Iceland June 2023 | | | | |

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 333 | Count Thirty-Three Steinbach, Germany Oct 2023 | | | | |
| 334 | Sardinia 2012 | | | | |
| 335 | Europe 2013, 2014 | | | | |
| 336 | Thailand November 2013 | | | | |
| 337 | Madrid April 2014 | | | | |
| 338 | Italy-Spain May-June 2014 | | | | |
| 339 | Lima Sept-Oct 2014 | | | | |
| 340 | Paris November 2014 | | | | |
| 341 | Italy September 2015 | | | | |
| 342 | Western Australia October-November 2016 | | | | |
| 343 | Sardinia May 2017 | | | | |
| 344 | Italy January 2018 | | | | |
| 345 | Italy May-June 2018 | | | | |
| 346 | Venice September 2018 | | | | |
| 347 | Italy June 2019 | | | | |
| 348 | Trips for Irish Welders and Holcim Cement | | | | |
| 349 | Sample of Vacations for Newton and Kateryna Jones | | | | |
| 350 | Newton and Kateryna Jones International Expenses on AMEX | | | | |
| 351 | Side Trips Paid by Boilermakers Union | | | | |
| 352a | 2019 Pension & Annuity plan contribution spreadsheet from IBB | | | | |
| 352b | 2020 Pension & Annuity plan contribution spreadsheet from IBB | | | | |
| 352c | 2021 Pension & Annuity plan contribution spreadsheet from IBB | | | | |
| 352d | 2022 Pension & Annuity plan contribution spreadsheet from IBB | | | | |
| 352e | 2023 Pension & Annuity plan contribution spreadsheet from IBB | | | | |
| 353 | O&E plan contribution records - Kateryna Jones | | | | |
| 354 | O&E plan contribution records - Cullen Jones | | | | |
| 355 | Ameritas Life Insurance premium billing and payment records from IBB | | | | |
| 356 | ARAG legal premium billing and payment records from IBB | | | | |
| 357 | AXA equitable premium billing and payment records from IBB | | | | |
| | 358 to 399 Intentionally Left Blank | | | | |
| 400 | Compilation of Salary and Expense Payments | | | | |
| 401 | Newton B. Jones (salary and benefits) | | | | |
| 402 | William Creeden (salary and benefits) | | | | |
| 403 | Kateryna Jones (salary and benefits) | | | | |
| 403a | Kateryna Jones Gross wages and benefit contributions (2019-2023) | | | | |

13

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 404 | Cullen Jones (salary and benefits) | | | | |
| 404a | Cullen Jones Gross wages and benefit contributions | | | | |
| 405 | Warren Fairley (salary and benefits) | | | | |
| 406 | Lawrence McManamon (salary and benefits) | | | | |
| 407 | Shae Jones (salary and benefits) | | | | |
| 408 | Derek Zurowski (salary and benefits) | | | | |
| 409 | Summary of Pay Raises - Shae Jones and Derek Zurowski | | | | |
| 410 | Cash Payouts of Vacation Time - Newton Jones | | | | |
| 411 | Cash Payouts of Vacation Time - William Creeden | | | | |
| 412 | Cash Payouts of Vacation Time - Kate Jones | | | | |
| 413 | Cash Payouts of Vacation Time - Warren Fairley | | | | |
| 414 | Cash Payouts of Vacation Time - Lawrence McManamon | | | | |
| 415 | Cash Payouts of Vacation Time - Cullen Jones | | | | |
| 416 | Comprehensive List of All International Trips (2009-2023) | | | | |
| 417 | Newton and Kateryna Jones International Travel Expenses | | | | |
| 418 | List of Tyler Brown International Trips | | | | |
| 419 | List of Amy (Wiser) Martin International Trips | | | | |
| 420 | List of International Trips for Warren Fairley | | | | |
| 421 | List of International Trips for Lawrence McManamon | | | | |
| 422 | List of International Trips for Irish Welders and Holcim Cement | | | | |
| 423 | Newton and Kate Jones Meals in Chapel Hill area (2013-2023) | | | | |
| 423a | Newton and Kateryna Jones Restaurant Chapel Hill area 2013-2023 | | | | |
| 424 | Master AMEX Charges and Credits (Scan Written) | | | | |
| 425 | Newton Jones Debits and Credits | | | | |
| 426 | Kateryna Jones Debits and Credits | | | | |
| 427 | Total Relocation Expenses Per IBB General Ledger | | | | |
| 428 | Cullen Jones Relocation Expenses Per IBB General Ledger (2013-2023) | | | | |
| 428a | Cullen Jones--Film School Relocation Expenses Per IBB General Ledger | | | | |
| 429 | Derek and Shae Relocation Expenses | | | | |
| 430 | Eligibility Summary – Boilermakers Union and Bank of Labor Plans | | | | |
| 431 | Compilation of Benefit Contributions FY2017-2020 | | | | |
| 432 | Enrollment Summary from Wilson McShane | | | | |
| 433 | Bank of Labor Wages and Benefits Summary--Jones and Creeden | | | | |

14

| NO. | DESCRIPTION | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 434 | Distributions from Bank of Labor Retirement Plan to Jones and Creeden | | | | |
| 435 | Distributions from National Pension Trust to Jones and Creeden | | | | |
| 436 | Special Assistants for Newton Jones | | | | |

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By: */s/Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By: */s/ Jabari B. Wamble*
JABARI WAMBLE
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6730
913-551-6541 (fax)
Jabari.wamble@usddoj.gov
Kan. S. Ct. No. 22730

By: */s/ Vincent Falvo*
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 753 Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov

15

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

                                        s/ Faiza H. Alhambra
                                        Faiza H. Alhambra
                                        Assistant United States Attorney